IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-50830
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SERGIO TAFOLLA-MORENO,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. DR-01-CR-204-1
--------------------
April 11, 2002

Before SMITH, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

The court-appointed attorney for Sergio Tafolla-Moreno
has moved for leave to withdraw and has filed a brief pursuant to
Anders v. California, 386 U.S. 738 (1967). Tafolla has received
a copy of counsel's motion and brief, but he has not filed a
response. Our review of the brief filed by counsel and the
record discloses no nonfrivolous issue for appeal. Accordingly,
the motion for leave to withdraw is GRANTED, counsel is excused
from further responsibilities, and the APPEAL IS DISMISSED.
See 5TH CIR. R. 42.2.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.